IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMELL A. MURPHY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:19-CV-1051-MAB[1] |
| WEXFORD HEALTH CARE SOURCE, INC., FRANK LAWRENCE, MOHAMMED SIDDIQUI, DR. WOBASI, and ANTHONY WILLS, | ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated March 5, 2020, Defendant Dr. Wobasi was **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated August 17, 2020, Defendant Frank Lawrence was **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Anthony Wills was **DISMISSED without prejudice** by virtue of the First Amended Complaint filed on March 5, 2021.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated August 18, 2022, which granted summary judgment to Defendants Wexford Health Care

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 60).

Source, Inc. and Mohammed Siddiqui, these Defendants were **DISMISSED with prejudice.**

Plaintiff shall recover nothing, and this action is **DISMISSED** in its entirety.


DATED: August 18, 2022

                **MONICA A. STUMP,**
                **Clerk of Court**

                BY: /s/ Jennifer Jones
                      **Deputy Clerk**


APPROVED: /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**