# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA SHOW CAUSE ORDER

November 3, 2022

| No. 22-2561 | JAMELL A. MURPHY,<br>        Plaintiff - Appellant<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC. and MOHAMMED SIDDIQUI,<br>        Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-01051-MAB<br>Southern District of Illinois<br>Magistrate Judge Mark A. Beatty ||

On September 19, 2022, the district court issued an order directing the pro se appellant to pay the initial partial filing fee of $73.64. The pro se appellant has not tendered the fee. Accordingly,

**IT IS ORDERED** that the pro se appellant SHOW CAUSE, by November 17, 2022 why this appeal should not be dismissed for failure to pay the initial partial filing fee.

form name: **c7_PLRA_RSC**     (form ID: **164**)